**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELTON LYDELL SEALS, | ) NO. CV 10-7259-ODW (MAN) |
| Petitioner, | ) |
| v. | ) ORDER: ADOPTING FINDINGS, |
| | ) CONCLUSIONS, AND RECOMMENDATIONS |
| CALIFORNIA DEPT. CORR. REH., | ) OF UNITED STATES MAGISTRATE JUDGE; |
| | ) AND DENYING A CERTIFICATE OF |
| Respondent. | ) APPEALABILITY |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the First Amended Petition is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts; and (2) Judgment shall be entered dismissing this action with prejudice.

In addition, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the Court has considered whether a certificate of appealability is warranted in this case. *See* 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484-85, 120 S. Ct. 1595, 1604 (2000). The Court concludes that a certificate of appealability is unwarranted, and thus, a certificate of appealability is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: <u>February 1, 2011</u>.

*[signature]*

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE