**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELTON LYDELL SEALS, | ) NO. CV 10-7259-ODW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CALIFORNIA DEPT. CORR. REH., | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge; and Denying Certificate of Appealability,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 1, 2011.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE